In the Matter of the Appointment of a Committee of the Property of WILLIAM SHEA, an Alleged Incompetent. EDWARD C. RAFTERY, Appellant; GEORGE FRANKENTHALER, as Special Guardian, Respondent.

Argued May 29, 1946; decided July 23, 1946.

*Edward C. Raftery, Arthur F. Driscoll, Denni̦ş F. O'Brien* and *George A. Raftery* for appellant.

*George Frankenthaler* for respondent.

Order affirmed, with costs to the respondent payable out of the trust fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.